1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 SAM HEIDARI,                      )
                                     )
13         Petitioner,               )   No. C 06-7450 JL
                                     )
14     v.                            )
                                     )   **STIPULATION TO DISMISS; AND**
15 United States Citizenship and Citizenship )  **[PROPOSED] ORDER**
   Services ("CIS"); DAVID N. STILL, )
16 Director of CIS San Francisco District )
   Office; EDUARDO AGUIRRE, JR.,     )
17 Director of CIS; MICHAEL CHERTOFF, )
   Secretary of the Department of Homeland )
18 Security and ALBERTO R. GONZALES, )
   Attorney General of the United States, )
19                                   )
           Respondents.               )
20                                   )

21     Petitioner, by and though his attorney of record, and Respondents, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23 above-entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to grant Petitioner's application for naturalization and

25 agrees to do so within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C 06-7450 JL

| | | |
|---|---|---|
| 1 | Date: February 2, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 9 | Date: February 2, 2007 | /s/<br>DANIEL P. HANLON<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 6, 2007

*IT IS SO ORDERED*
/s/ James Larson
Judge James Larson
United States District Court, Northern District of California

Stipulation to Dismiss
C 06-7450 JL              2